JPMG



**FILED**
DEC 0 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8957

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>Manuel Rafael ZAYAS-Montoya<br><br>             Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 3, 2007, within the Southern District of California, defendant Manuel Rafael ZAYAS-Montoya did knowingly and intentionally import approximately 42.72 kilograms (93.98 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 4th DAY OF DECEMBER, 2007.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Manuel Rafael ZAYAS-Montoya

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On December 3, 2007, Manuel Rafael ZAYAS-Montoya entered the United States at the Calexico, California West Port of Entry. ZAYAS was the driver and sole occupant of a 1995 Lincoln Mark VIII passenger car registered in his name. Customs and Border Protection Officer (CBPO) W. Gerhart took a negative Customs declaration from ZAYAS. CBPO Gerhart observed that ZAYAS' hands were trembling and he was avoiding eye contact. While performing a primary search of the vehicle, CBPO Gerhart observed what he believed to be modifications in the trunk. CBPO Gerhart referred ZAYAS to secondary for further inspection.

CBPO J. Bejarano encountered the vehicle in the secondary inspection area and also received a negative declaration from ZAYAS. Canine Enforcement Officer (CEO) S. Parrish was conducting a lot sweep at the time. CEO Parrish had his Narcotic Detector Dog (NDD) sweep the vehicle. The NDD alerted to the presence of an odor of a controlled substance near the front bumper of the vehicle.

A further search of the vehicle resulted in the discovery of 44 packages wrapped in brown postal tape. Twenty-one of the packages were discovered in the front bumper and twenty-three more were found in the rear bumper. The packages contained a

green leafy substance which field-tested positive for marijuana. The total weight of the packages was 42.72 kilograms.

Special Agent's (S/A) Douglas Struckmeyer Rafael Silva interviewed ZAYAS. S/A Struckmeyer furnished ZAYAS with his constitutional rights per Miranda in Spanish with S/A Silva present. ZAYAS orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

ZAYAS stated that he knew the vehicle contained marijuana. He said that he was hired to drive the vehicle into the United States and that he was going to be paid $1,000 upon his return to Mexico.

ZAYAS was arrested by ICE Agents for violations of 21 USC 952 and 960, Importation of Marijuana. ZAYAS was booked into the Imperial County Jail, El Centro, California, pending an appearance in U.S. Magistrate Court.