FILED
DEC 27 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3451-JLS |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| ~~MICHAEL~~ MANUEL RAFAEL ZAYAS-MONTOYA, | |
| Defendant. | |

The United States Attorney charges:

On or about December 3, 2007, within the Southern District of California, defendant ~~MICHAEL~~ MANUEL RAFAEL ZAYAS-MONTOYA, did knowingly and intentionally import approximately 42.72 kilograms (approximately 94.18 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/26/07.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
12/10/07